**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

**CASE NO.: 1:23-cv-20625-KMW**

FAHIMA MOUHOUB,

    Plaintiff,

vs.

ONEBLOOD INC.,
A Foreign Not For Profit Corporation,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, **FAHIMA MOUHOUB**, ("Plaintiff"), and Defendant, **ONEBLOOD INC.,** ("Defendant"), (collectively, the "Parties"), by and through their undersigned counsel, hereby notify this Court that the Parties have reached a resolution in this case. The Parties are in the process of finalizing the Settlement documents and request for dismissal with prejudice and will file same within thirty (30) days.

    Dated this 5th day of December, 2023.

***(The remainder of this page has been left blank intentionally)***

| | |
|---|---|
| **_/s/ Noah E. Storch_** <br> Noah E. Storch, Esq. <br> Florida Bar No. 0085476 <br> RICHARD CELLER LEGAL, P.A. <br> 10368 W. State Road 84, Suite 103 <br> Davis, FL  33324 <br> Tel. (866) 344-9243 <br> Fax (954) 337-2771 <br> noah@floridaovertimelawyer.com <br><br> *Counsel for Plaintiff* | **_/s/Mary Caroline Cravatta_** <br> Larry S. Perlman, Esq. <br> Florida Bar No. 91934 <br> lperlman@foley.com <br> atownsend@foley.com <br> Foley & Lardner LLP <br> One Biscayne Tower <br> 2 South Biscayne Blvd. <br> Suite 1900 <br> Miami, Florida 33131 <br> Telephone: (305) 482-8400 <br><br> Mary Caroline Cravatta, Esq. <br> Florida Bar No. 125712 <br> mcravatta@foley.com <br> ctavarez@foley.com <br> Foley & Lardner LLP <br> 301 E. Pine Street <br> Suite 1200 <br> Orlando, Florida 32801 <br> Telephone: (407) 423-7656 <br><br> *Counsel for Defendant* |